■ WALDEMAR H. JURKOWSKI, by EDWARD C. COSGROVE, Guardian of His Person and Property, Appellant, v SHEEHAN MEMORIAL HOSPITAL et al., Defendants, and MADAN G. CHUGH, M.D., Respondent. (Appeal No. 2.) [925 NYS2d 362]—Appeal from a judgment of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered January 11, 2010 in a medical malpractice action. The judgment, inter alia, dismissed the second amended complaint against defendant Madan G. Chugh, M.D.

MEMORIAL HOSPITAL, Respondent, et al., Defendants. (Appeal No. 3.) [925 NYS2d 362]—Appeal from a judgment of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered January 21, 2010 in a medical malpractice action. The judgment, inter alia, dismissed the second amended complaint against defendant Sheehan Memorial Hospital.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Jurkowski v Sheehan Mem. Hosp.* ([appeal No. 1] 85 AD3d 1672 [2011]). Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.